# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:<br><br>JPK NEWCO, LLC,<br><br>             Debtor. | )<br>)<br>)  Case No. 1:25-cv-03250-SLS<br>)<br>)  Bankr. Case No. 25-00200-ELG<br>)<br>) |

## JOINT STATUS REPORT ON MEDIATION

The parties are providing this joint status report pursuant to the Court's minute order dated November 12, 2025.

1.  This case involves a Motion for Leave to File Appeal of an Interlocutory ("Motion for Leave") filed by Developer RE1, LLC and 423 Kennedy St Holdings, LLC. The Moton for Leave sought review of a decision of the U.S. Bankruptcy Court for the District of Columbia in Case No. 25-00200-ELG. The Motion for Leave was opposed by the Debtor, JPK NewCo, LLC.

2.  All parties involved in this case have agreed to participate in a judicial mediation before the Honorable Kevin R. Huennekens, who is a retired judge from the U.S. Bankruptcy Court for the Eastern District of Virginia.

3.  The parties filed a joint motion to stay this case pending mediation (ECF No. 6), which motion was granted by Minute Order on November 13, 2025. In that Minute Order, the Court directed the parties to file a joint status report by January 12, 2026 to address the status of the mediation.

4. The mediation was scheduled to take place on January 13, 2026 (at 10:00 a.m.), but on Friday, January 9, 2026, Chambers for Judge Huennekens notified the parties that the January 13, 2026 date would need to be continued.

5. The mediation has been rescheduled to Friday, January 19, 2026 (at 10:00 a.m.).

6. Because the mediation has not yet occurred, the parties believe that it would be appropriate for them to provide an additional status report to this Court by January 30, 2026.

Dated: January 12, 2026

**DEVELOPER RE1, LLC AND 423 KENNEDY ST HOLDINGS, LLC,**

/s/ James D. Sadowski
James D. Sadowski (DC 446635)
GREENSTEIN DELORME & LUCHS, P.C.
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Phone: (202) 452-1400; Fax: (202) 452-1410
Email: jds@gdllaw.com

Jeremy S. Williams (DC 994825)
KUTAK ROCK LLP
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
Phone: (804) 644-1700; Fax: (804) 783-6192
Email: jeremy.williams@kutakrock.com

**JPK NEWCO LLC, WCP FUND I LLC, SF NU, LLC, RUSSEL DRAZIN, DP CAPITAL LLC AND DANIEL HUERTAS**

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy., #665
Henderson, NV 89012
Telephone: (301) 444-4600
Email: mac@mbvesq.com

*Special Counsel for JPK NewCo, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of January, 2026, a true copy of the foregoing Joint Status Report Regarding Mediation was served electronically and a Notice of Electronic filing should be sent to all persons receiving notices via the Court's CM/ECF system.

/s/ James D. Sadowski
James D. Sadowski

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: | ) |
|  | ) |
|  | ) Case No. 1:25-cv-03250 |
| JPK NEWCO, LLC, | ) |
|  | ) Bankr. Case No. 25-00200-ELG |
| Debtor. | ) |
|  | ) |

## ORDER GRANTING CONSENT MOTION
## TO STAY CASE PENDING JUDICIAL MEDIATION

UPON CONSIDERATION of the Parties' Consent Motion to Stay Case Pending Judicial Mediation ("Consent Motion"), it is this _____ day of November, 2025, hereby,

ORDERED, that the Consent Motion is GRANTED; and it is further

ORDERED, that these cases are stayed pending further order of the Court.

_____
U.S. District Court Judge

Copies to: All counsel by ECF