**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 1:25-cv-03250-SLS |
|  | ) |  |
| JPK NewCo LLC, | ) | Bankruptcy Case No. 25-200-ELG |
|  | ) |  |
| Debtor. | ) | Chapter 11 |
|  | ) |  |

## MOTION TO WITHDRAW AS COUNSEL

Come now Maurice B. VerStandig and The VerStandig Law Firm, LLC (collectively, "VLF"), pursuant to Local Rule 83.6(c), and respectfully move this Honorable Court for leave to withdraw as counsel for JPK NewCo LLC ("JPK").

The withdrawal sought herein is for reasons protected by the attorney/client privilege.

Insofar as the motion instantly before this Honorable Court—a request for leave to appeal from the United States Bankruptcy Court for the District of Columbia—has been fully briefed, *see* ECF No. 2, ECF No. 3, ECF No. 4, and insofar as JPK is a legal entity that must be represented by counsel, *see Alexian Bros. Med. Ctr. v. Sebelius*, 63 F. Supp. 3d 105, 108 (D.D.C. 2014), VLF does not oppose this motion being held in abeyance pending adjudication of the motion for leave to appeal.

Respectfully submitted,

Dated: June 14, 2026     By:    /s/ Maurice B. VerStandig
                                Maurice B. VerStandig, Esq.
                                Bar No. MD18071
                                The VerStandig Law Firm, LLC
                                9812 Falls Road, #114-160
                                Potomac, Maryland 20854
                                Phone: (301) 444-4600
                                mac@mbvesq.com

1

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 14th day of June, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein. A copy is also being sent via US Mail, postage prepaid, on June 15, 2026, to the following parties:

JPK NewCo LLC
8401 Greensboro Drive,
Suite 960
McLean, VA  22102

<u>/s/ Maurice B. VerStandig</u>
Maurice B. VerStandig