**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>JPK NEWCO, LLC,<br>*Debtor* | Bankr. Case No. 25-200 (ELG) |
| DEVELOPER RE1, LLC and<br>423 KENNEDY ST HOLDINGS, LLC,<br>*Appellants* | Civil Action No. 25-3250 (SLS)<br>Judge Sparkle L. Sooknanan |

**ORDER**

For the reasons stated in the Court's Memorandum Opinion, ECF No. 14, the Court **GRANTS** the Motion by Developer RE1, LLC and 423 Kennedy St Holdings, LLC for Leave to File an Appeal of the Bankruptcy Court's Interlocutory Order, ECF No. 2. The Court **DENIES** as moot the Movants' Motion for Leave to File Supplemental Briefing, ECF No. 13. The Court further orders the Parties to adhere to the following briefing schedule for the appeal. The Movants must file their opening brief by July 30, 2026. JPK NewCo must file its responsive brief by August 20, 2026. The Movants must file any reply by September 3, 2026.

SPARKLE L. SOOKNANAN
United States District Judge

Date: July 2, 2026