**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>JPK NewCo LLC,<br><br>Debtor. | District Court Case No. 1:25-cv-03250-SLS<br><br>Bankruptcy Case No. 25-200-ELG<br><br>Chapter 11 |
| JPK NewCo LLC,<br><br>Appellant,<br><br>v.<br><br>Developer RE1, LLC and 423 Kennedy St Holdings, LLC,<br><br>Appellees. | |

**NOTICE OF APPEAL TO UNITED STATES COURT**
**OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**

Comes now JPK NewCo LLC, by and through undersigned counsel, pursuant to Federal Rules of Appellate Procedure 3 and 6, and hereby gives notice of its appeal of the above-captioned matter to the United States Court of Appeals for the District of Columbia Circuit from the order of the United States District Court for the District of Columbia entered in this case on September 10, 2026 (as found at Docket Entry #24).

The parties to the order from which this appeal is taken, and the names and addresses of their respective attorneys, are as follows:

a. Appellant: JPK NewCo LLC Attorney: Maurice VerStandig, Esq.
The VerStandig Law Firm
9812 Falls Road, #114-160
Potomac, Maryland 20854
(301) 444-4600
mac@mbvesq.com

b. Appellees: Developer RE1 LLC and 423 Kennedy St Holdings, LLC

Attorneys:

James Donald Sadowski, Esq.
Greenstein, Delorme & Luchs, P.C.
801 17th Street NW
Suite 1000
Washington, DC 20006
(202) 452-1400
jds@gdllaw.com

Alexandria Jean Smith, Esq.
Greenstein, Delorme & Luchs, P.C.
801 17th Street NW
Suite 1000
Washington, DC 20006
(202) 452-1400
ajs@gdllaw.com

Jeremy S. Williams, Esq.
Kutak Rock LLP
1021 East Cary Street
Suite 810
Richmond, Virginia 23219
(804) 644-1700
jeremy.williams@kutakrock.com

Respectfully submitted,

Dated: September 15, 2026

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm
9812 Falls Road
#114-160
Potomac, Maryland 20854
(301) 444-4600
mac@mbvesq.com
*Counsel for JPK NewCo LLC*

*[Certificate of Service on Following Page]*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of September, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to:

Alexandria Jean Smith
Greenstein Delorme and Luchs PC
801 17th Street NW
Suite 1000
Washington, DC 20006
Email: ajs@gdllaw.com
*Counsel for the Appellees*

James Donald Sadowski
Greenstein Delorme and Luchs PC
801 17th Street, N.W.
Suite 1000
Washington DC, DC 20006
Email: jds@gdllaw.com
*Counsel for the Appellees*

/s/ Maurice B. VerStandig
Maurice B. VerStandig